# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

BRUCE TERRELL DAVIS, JR.,

        Plaintiff,

v.

SUSAN PETERS, HEALTH SERVICE UNIT SPECIAL NEEDS COMMITTEE, JEAN LUTSEY, H. UTTER, NURSE BAIER, and DR. LA VOIE,

        Defendants.

Case No. 19-CV-1053-JPS

**ORDER**

On July 31, 2019, the Court ordered Plaintiff to pay his initial partial filing fee ("IPFF") no later than August 21, 2019, or this action would be dismissed without prejudice. (Docket #6). That date passed without payment of the IPFF or any other communication from Plaintiff. The Court is obliged, therefore, to dismiss this action without prejudice for Plaintiff's failure to pay the IPFF. Civ. L. R. 41(c). The Court will also deny as moot Plaintiff's motion for leave to proceed without prepayment of the filing fee. (Docket #2).

Accordingly,

**IT IS ORDERED** that Plaintiff's motion for leave to proceed without prepayment of the filing fee (Docket #2) be and the same is hereby **DENIED as moot**; and

**IT IS FURTHER ORDERED** that this action be and the same is hereby **DISMISSED without prejudice**.

The Clerk of the Court is directed to enter judgment accordingly.

Dated at Milwaukee, Wisconsin, this 28th day of August, 2019.

BY THE COURT:

_____
J. P. Stadtmueller
U.S. District Judge